**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____  Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Office Interiors of Virginia, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA OI Tech<br>DBA OI Construction<br>DBA Vitalize Interiors<br>DBA Military Storage Solutions<br>DBA Design Source<br>DBA Epic Filing Systems<br>DBA Epic Filing Systems by Office Interiors of Virginia, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **54-1661594** |

4. **Debtor's address**

**Principal place of business**

**5401 Lewis Road
Suite A
Sandston, VA 23150**
Number, Street, City, State & ZIP Code

**Henrico**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.oi-va.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Office Interiors of Virginia, Inc.**                                    Case number (*if known*) _____
⎣ Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____2383____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Office Interiors of Virginia, Inc.** _____   Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Office Interiors of Virginia, Inc.**                                      Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Office Interiors of Virginia, Inc.**                                           Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 16, 2023**
               MM / DD / YYYY

**X** **/s/ Othniel Glenwood Jordan**                      **Othniel Glenwood Jordan**
    Signature of authorized representative of debtor         Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Brittany B. Falabella**                        Date **April 16, 2023**
    Signature of attorney for debtor                             MM / DD / YYYY

**Brittany B. Falabella**
Printed name

**Hirschler Fleischer, P.C.**
Firm name

**2100 East Cary Street**
**Richmond, VA 23223**
Number, Street, City, State & ZIP Code

Contact phone    **804-771-9500**        Email address    **bfalabella@hirschlerlaw.com**

**80131 VA**
Bar number and State

## <u>CERTIFICATE OF RESOLUTIONS</u>

Othniel Glenwood Jordan, President and Chief Executive Officer of Office Interiors of Virginia, Inc., a Virginia corporation (the "Company"), William R. Miller, II, Chief Operating Officer of the Company, and J. Kent Ford, Chief Financial Officer of the Company, hereby certify that the Company has adopted the following resolutions and that such resolutions have not been modified or rescinded:

RESOLVED, that it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 subchapter V of title 11 of the United States Code (the "Bankruptcy Code").

RESOLVED, that Othniel Glenwood Jordan, William R. Miller, II ("Ray"), and Kent J. Ford, each an officer and director of the Company (each such designee or officer being an "Authorized Person") are hereby authorized, empowered, and directed, in the name, and on behalf of the Company, to execute and verify petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "Case") and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Virginia, at such time or in such other jurisdiction as such Authorized Person executing the same shall determine.

RESOLVED, that the law firm of Hirschler Fleischer PC is hereby engaged as attorneys for the Company under a general retainer in the Case, subject to any requisite bankruptcy court approval.

RESOLVED, that each Authorized Person, and any employees or agents (including counsel) designated or directed by an Authorized Person, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper, or desirable in connection with the Case, with a view to the successful prosecution of such Case.

RESOLVED, that each Authorized Person be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to engage and retain all assistance by legal counsel, accountants, financial advisors, and other professionals in connection with the Case, with a view to the successful prosecution of such Case.

RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any Authorized Person of the Company in connection with implementation of these resolutions are hereby in all respects ratified, confirmed, and approved.

[*Remainder of Page Left Intentionally Blank*]

IN WITNESS WHEREOF, I have set my hand this 16th day of April, 2023.

_____

Othniel Glenwood Jordan, President and Chief Operating
Officer
Office Interiors of Virginia, Inc.


_____

William R. Miller, II, Chief Operating Officer
Office Interiors of Virginia, Inc.


_____

J. Kent Ford, Chief Financial Officer
Office Interiors of Virginia, Inc.

IN WITNESS WHEREOF, I have set my hand this 16th day of April, 2023.

_____

Othniel Glenwood Jordan, President and Chief Operating Officer
Office Interiors of Virginia, Inc.


_____

William R. Miller, II, Chief Operating Officer
Office Interiors of Virginia, Inc.



_____

J. Kent Ford, Chief Financial Officer
Office Interiors of Virginia, Inc.

IN WITNESS WHEREOF, I have set my hand this 16th day of April, 2023.

_____

Othniel Glenwood Jordan, President and Chief Operating
Officer
Office Interiors of Virginia, Inc.


_____

William R. Miller, II, Chief Operating Officer
Office Interiors of Virginia, Inc.


_____

J. Kent Ford, Chief Financial Officer
Office Interiors of Virginia, Inc.

**Fill in this information to identify the case:**

Debtor name  **Office Interiors of Virginia, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 16, 2023**          X **/s/ Othniel Glenwood Jordan**
                                         Signature of individual signing on behalf of debtor

                                         **Othniel Glenwood Jordan**
                                         Printed name

                                         **Chief Executive Officer**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Office Interiors of Virginia, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Available Material Handling** **20 E. 18th Street** **Des Moines, IA 50316** | **Reginal Holt** **reg@availablematerial.net** **515-822-9812** | **Trade Debt** | | | | **$110,378.00** |
| **American Express** **P.O. Box 650488** **Dallas, TX 75265** | | **Trade Debt** | | | | **$100,346.56** |
| **Hallowell** **2823 W. Orange Ave.** **Apopka, FL 32703** | **Hyllori Leshman** **hll@listindustries.com** **654-429-9155 x 1091** | **Trade Debt** | | | | **$100,000.00** |
| **AUB Card Member Services** **1051 E. Cary Street Suite 1200** **Richmond, VA 23219** | **866-552-8855** | **Trade Debt** | | | | **$87,614.21** |
| **edgeWorks Integration LLC** **9100 Arboretum Pkwy** **Richmond, VA 23236** | **Michael Selintung** **mselintung@edgeworksusa.net** **804-405-9110** | **Services** | | | | **$79,410.52** |
| **Cigna Healthcare** **11809 Bedfordshire Square** **Richmond, VA 23238** | **Nicholas Cheung** **nicholas.cheung@cigna.com** | **Health Insurance** | | | | **$70,373.56** |

Debtor **Office Interiors of Virginia, Inc.**                              Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ASI Security Integrated Systems Specialist 1439 North Great Neck Rd. Suite 100 Virginia Beach, VA 23454** | **757-857-4777** | **Trade Debt** | | | | **$70,242.90** |
| **Direct Supply, Inc. 7301 W. Champions Way Milwaukee, WI 53223** | **Andrew Reiss** **areiss@directs.com** **800-231-2331** | **Trade Debt** | | | | **$63,557.91** |
| **AGF-Brome c/o Pacco 154 Lakeport Drive Chapin, SC 29036** | **Paul Ciamano** **paccomkt.yahoo.com** **450-263-5993** | **Trade Debt** | | | | **$59,921.51** |
| **Net100, LTD. 5500 Cox Rd. Suite G Glen Allen, VA 23060** | **Darlene Revolinski** **drevolinski@net100ltd.com** **703-995-5200 x 246** | **Trade Debt** | | | | **$54,839.65** |
| **Siewers Lumber & Millwork 1901 Ellen Rd. Richmond, VA 23230** | **Amy Ellis** **amye@siewers.com** **804-358-2103** | **Trade Debt** | | | | **$42,303.35** |
| **Bally Block Co. 30 S. 7th Street Bally, PA 19503** | **Joseph Barbercheck** **joeb@butcherblock.com** **231-347-4170** | **Trade Debt** | | | | **$40,461.61** |
| **Universal Premium MC Fleetcor Funding P.O. Box 70995 Charlotte, NC 28272** | **Hayden Davis** **hayden.davis@fleetcor.com** **281-214-7033** | **Trade Debt** | | | | **$37,314.45** |
| **BREIT SE Industrial 233 S. Wacker Drive Suite 4700 Chicago, IL 60606** | **Tammy Philblad** **804-972-2211** **tphilblad@linklogistics.com** | **Rent** | | | | **$36,977.00** |
| **New Haven Companies 6295 Edsall Rd. #175 Alexandria, VA 22312** | **Tammy Luczak** **tammyluczak@newhaven-usa.com** **703-823-5516** | **Trade Debt** | | | | **$35,314.96** |

Debtor    **Office Interiors of Virginia, Inc.**                         Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase GENERAL Cardmember Service P.O. Box 1423 Charlotte, NC 28201** | **800-432-3117** | **Trade Debt** | | | | **$30,359.86** |
| **Thalhimer, Inc. P. O. Box 5160 Glen Allen, VA 23058** | **Sandy Etherington** **sandy.etherington @thalhimer.com 804-344-7198** | Rent | | | | **$23,841.35** |
| **Rush Truck Leasing 1345 Mountain Road Glen Allen, VA 23060** | **Robbie Foster** **fosterr1@rushenterprises.com 804-309-4800** | **Trade Debt** | | | | **$23,246.94** |
| **Lowe's P.O. Box 530954 Atlanta, GA 30353** | **866-232-7443** | **Trade Debt** | | | | **$22,069.21** |
| **Panel Built Inc. 302 Beasley St. Blairsville, GA 30512** | **Eliyah Ryals** **eryals@panelbuilt. com 800-636-3873** | **Trade Debt** | | | | **$20,250.00** |

1600 Roseneath LLC
c/o James S. Staney, II
49020 Augusta Ave.
Suite 130
Richmond, VA 23230


A1 American
140 Cecil Court
Fayetteville, GA 30214


Absolute Drafting & Design
2411 Kylee Court
Mount Vernon, WA 98274


Absolute Stone Design
11200 Washington Hwy
Glen Allen, VA 23059


Aflac
Attn: Remittance Prod. Services
100 Gallaria Pkwy
Atlanta, GA 30339


AGF-Brome
c/o Pacco
154 Lakeport Drive
Chapin, SC 29036


Ally Collum Floors, LLC
c/o Ally Collum
1235 Railroad Avenue
Florence, AL 35630


Ally Financial
Ally Detroit Center
500 Woodward Ave.
Detroit, MI 48226


Amazon
P.O. Box 9600013
Orlando, FL 32869-0013


American Building Contractors
2960 Judicial Rd.
Suite 100
Burnsville, MN 55337

American Express
P.O. Box 650488
Dallas, TX 75265


Amerigas
P.O. Box 371473
Pittsburgh, PA 15250-7473


Arc-Com Fabrics, Inc.
33 Ramland Road South
Orangeburg, NY 10962


ASI Security
Integrated Systems Specialist
1439 North Great Neck Rd.
Suite 100
Virginia Beach, VA 23454


AUB Card Member Services
1051 E. Cary Street
Suite 1200
Richmond, VA 23219


Available Material Handling
20 E. 18th Street
Des Moines, IA 50316


Bally Block Co.
30 S. 7th Street
Bally, PA 19503


Bank of America
P.O. Box 15726
Wilmington, DE 19886


Bath Glass and Beyond LLC
10017 Whitesel Road
Ashland, VA 23005


Benton M Hayden & Sons
739 Walmsley Road
Callao, VA 22435

Bill Talley Automotive
5250 S. Laburnum Avenue
Henrico, VA 23231


BMG Metals
P.O. Box 7536
Richmond, VA 23231


Bourdow, Bowen & Ellis PC
5104 W. Village Green Dr.
#108
Midlothian, VA 23112


BREIT SE Industrial
233 S. Wacker Drive
Suite 4700
Chicago, IL 60606


Broadvoice Syndeo
9221 Corbin Avenue
Suite 260
Northridge, CA 91324


BSP Filing Solutions
123 Pilsudski St.
Kosciusko, MS 39090


Burch
4200 Brockton Drive SE
Grand Rapids, MI 49512


C Brinks Contracting Services
1755 Dispatch Rd.
Quinton, VA 23141


Central Virginia Electric Coop
1224 Salem Church Rd.
Palmyra, VA 22963


Charter Pumping LLC
1930 Butylo Road
Laneview, VA 22504

Chase GENERAL
Cardmember Service
P.O. Box 1423
Charlotte, NC 28201


Chesterfield County Treasurer
PO Box 70
Chesterfield, VA 23832


Chesterfield Trading Co., Inc.
P.O. Box 34708
Richmond, VA 23234-0708


Christian Abdel Santiago-Ocasio
2200 Granby Street
Hopewell, VA 23860


Chrysler Capital
1601 Elm Street
#800
Dallas, TX 75201


Cigna Healthcare
11809 Bedfordshire Square
Richmond, VA 23238


City of Galax


City of Galax
Director of Finance
111 E. Grayson Street
Galax, VA 24333


City of Richmond Public Utilities
P.O. Box 26060
Richmond, VA 23274


Classic Leather, Inc.
309 Simpson St.
Conover, NC 28613


Columbia Gas of Virginia
P.O. Box 830005
Baltimore, MD 21283-0005

Comcast
P.O. Box 70219
Philadelphia, PA 19176

Comcast Internet
918 N. Arthur Ashe Blvd.
Richmond, VA 23230

Commonwealth Contractors
109 Junction Lane
Charlottesville, VA 22902

Concentra Health Services, Inc.
15810 Midway Road
Addison, TX 75001

Conner Bros. Grove LLC
2820 Hull St.
Richmond, VA 23224

County of Henrico
Virginia Tax Process
4301 E. Parham Rd.
Richmond, VA 23228

County of Henrico Public Utilities
4301 E. Parham Road
Richmond, VA 23228

Coverall North America, Inc.
2821 Emerywood Pkwy
Richmond, VA 23294

CSelect
195 Clude Prillaman St.
Fieldale, VA 24089

Dearborn Life Insurance Company
701 E. 22nd Street
Lombard, IL 60148

Department of Treasury -I.R.S.
Kansas City, MO 64999

Diamond Springs
4291 November Ave.
Richmond, VA 23231


Direct Supply, Inc.
7301 W. Champions Way
Milwaukee, WI 53223


Dodson Brothers Exterminating Co.
3215 Hull Street
Richmond, VA 23224


Dominion Energy
P.O. Box 26543
Richmond, VA 23290


Dor-Val Mfg, Ltd.
11800 Blvd.
Marcel-Lauren
Saing-Laurent, QC H4K 2E1


DuraCare Seating Company, Inc.
4800 Roosevelt Rd.
#201
Chicago, IL 60644


edgeWorks Integration LLC
9100 Arboretum Pkwy
Richmond, VA 23236


Edward Jones
12555 Manchester Road
Saint Louis, MO 63131


Elvin Gutierrez
1103 North Ave.
Hopewell, VA 23860


Encino Technologies
6460 Preakness Pass
Bulverde, TX 78163


Engineered Data Products Holdings
1850 Lefthand Cir.
Longmont, CO 80501

Engineered Floors LLC
3510 Corporate Drive
Dalton, GA 30721


Equipment Share, Inc.
1800 Ruffin Mill Cir.
Colonial Heights, VA 23834


Erie Insurance
3802 Paragon Pl.
#600
Richmond, VA 23230


Express Services, Inc.
9701 Boardwalk Blvd.
Oklahoma City, OK 73132


Exxon Mobil
22777 Springwoods Village Pkwy
Spring, TX 77389


Fabricut, Inc.
P.O. Box 470490
Tulsa, OK 74147


Fairfield
1331 Harper Avenue S.W.
P.O. Box 171
Lenoir, NC 28645


Fastenal
P.O. Box 1286
Winona, MN 55987


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461


First Community Bank
2702 N. Parham Road
Henrico, VA 23294


Floor and Decor Outlets of America
2500 Windy Ridge Pkwy SE
Atlanta, GA 30339

Ford Motor Credit
One American Road
Dearborn, MI 48126


Glen Allen Electric LLC
13183 Overhill Drive
Glen Allen, VA 23220


GM Financial
P.O. Box 78143
Phoenix, AZ 85062-8143


Grainger
100 Grainger Pkwy
Lake Forest, IL 60045


Great American Financial Services
P.O. Box 660831
Dallas, TX 75266


Haley
5400 South Laburnum Ave.
Richmond, VA 23231


Hallowell
2823 W. Orange Ave.
Apopka, FL 32703


HALO Branded Solutions, Inc.
8 Raven Rock Rd.
Richmond, VA 23229


Hanover County Public Utitlies
7516 County Complex Rd.
Hanover, VA 23069


Hanover Vegetable Farm
13580 Ashland Rd.
Ashland, VA 23005


Henrico County
Personal Property Taxes
P.O. Box 105155
Atlanta, GA 30345

Henrico Dept. of Finance
P.O. Box 716487
Philadelphia, PA 19171


Hilti, Inc.
4203 W. Broad St.
Richmond, VA 23230


Hoffman & Hoffman
2104 W. Laburnum Ave.
Suite 102
Richmond, VA 23227


Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901-6029


Hooker Furniture Corp.
P.O. Box 4708
Martinsville, VA 24115


Hubbardton Forge, LLC
154 VT-30
Castleton, VT 05735


Husky Rack & Wire
6146 Denver Industrial Park Rd.
Denver, NC 28037


Image360
2036 Dabney Road
Richmond, VA 23230


Internal Revenue Service
Federal Building
400 N. 8th Street
Richmond, VA 23219


Internal Revenue Service
P.O. Box 7704
San Francisco, CA 94120


IntoPrint Technologies, Inc.
1214 Trapper Cir NW
Roanoke, VA 24012

IPFS Corporation
1055 Broadway Blvd.
Kansas City, MO 64105


iSqFt
3825 Edwards Road
Suite 800
Cincinnati, OH 45209


James River Equipment
11047 Leadbetter Rd.
Ashland, VA 23005


Jeffrey S. Romanick, Esq.
Gross, Romanick, Dean & DeSimone
3975 University Drive
Suite 410
Fairfax, VA 22030


Johns Brothers Secuirty, Inc.
14301 Sommerville Ct.
Midlothian, VA 23113


JPMorgan Chase Bank
Subaru Motor Finance
P.O. Box 78232
Phoenix, AZ 85062


Kasmir Fabrics
3191 Commonwealth Drive
Dallas, TX 75247


Kellex
33390 Liberty Pkwy
North Ridgeville, OH 44039


Kravet, Inc.
1099 14th Street NW
#200
Washington, DC 20024


Krueger International, Inc.
1330 Bellevue St.
Green Bay, WI 54302

L D & B Benefits Administrators
205 S. Liberty St.
Harrisonburg, VA 22801


L&S Transport, LLC
6 Mainstruck Circle
Oakville, CT 06779


Lane & Hamner, P.C.
3520-A Courthouse Road
Richmond, VA 23236


Leisure Creations
67 Ash Ave.
Russellville, AL 35653


Leshay Crumity
3208 Birchbrook Road
Richmond, VA 23228


Lexus Financial Services
P.O. Box 17187
Baltimore, MD 21297-0511


Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116


Locke Supply Co.
1300 SE 82nd Street
Oklahoma City, OK 73149


Locke Supply Co.
P.O. Box 26128
Oklahoma City, OK 73126


Lowe's
P.O. Box 530954
Atlanta, GA 30353


Lumber Liquidators
3000 John Deere Road
Toano, VA 23168

Lyneer Staffing Solutions
5950 Brook Road
Richmond, VA 23227


M&M Building Supply of Hartfield
10859 General Puller Hwy
Hartfield, VA 23071


Marsh
P.O. Box 896089
High Point, NC 28289


Matthew Woodward Carr
1409 Wentbridge Road
Richmond, VA 23227


Maximum Security, Inc.
3015 Lower Hill Rd.
Richmond, VA 23139


Mercedes Benz Financial
14372 Heritage Pkwy
Fort Worth, TX 76177


Miles & Stockbridge
919 E. Main Street
Richmond, VA 23219


Minuteman Press of Richmond
1720 E. Parham Rd.
Henrico, VA 23228


MMG Insurance Company
44 Maysville Road
Presque Isle, ME 04769


Momentum Textiles, LLC
17811 Fitch
Irvine, CA 92614


National Motor Freight Traffic
1001 N. Fairfax Street
Suite 600
Alexandria, VA 22314

Nationwide Insurance
250 N. Front St.
Columbus, OH 43216


NEHDS Logistics, LLC
448 Pepper St.
Monroe, CT 06468


Neil E. McCullagh, Esq.
Spotts Fain
411 E. Franklin Street
Suite 600
Richmond, VA 23219


Net100, LTD.
5500 Cox Rd.
Suite G
Glen Allen, VA 23060


New Haven Companies
6295 Edsall Rd.
#175
Alexandria, VA 22312


New Kent County Treasurer
12007 Courthouse Road
New Kent, VA 23124


NexTraq
303 Perimeter Center N
Suite 800
Atlanta, GA 30346


NIssan Motor Acceptance Company
990 W 190th St.
Torrance, CA 90502


Occupational Health Centers
2050 Michigan Avenue
Mobile, AL 36615


Office Star Products
1901S Archibald Ave.
Ontario, CA 91761

OneFlor USA, LLC
12510 W. Airport Blvd
Unit D1
Sugar Land, TX 77478

Othniel Glenwood Jordan
7920 Matthew Ct.
Lanexa, VA 23089

Overhead Door Co.
10391 Leadbetter Rd.
Ashland, VA 23005

Painting Solutions Inc.
6844 Paragon Pl.
Richmond, VA 23230

Panel Built Inc.
302 Beasley St.
Blairsville, GA 30512

Patriot Mechanical
10015 Lickinghole Rd.
Ashland, VA 23005

Pitney Bowes/Purchase Power
P.O. Box 981026
Boston, MA 02298

Portable Waste Solutions
13511 Nile Rd.
Chester, VA 23831

Quarles Petroleum Inc.
1701 Fall Hill Ave.
Fredericksburg, VA 22401

Quill
P.O. Box 37600
Philadelphia, PA 19101

Ram Tool Construction Company
2800 Ackley Ave.
Richmond, VA 23228

Raymond Werres Corporation
10394 Lakeridge Pkwy
Suite 100
Ashland, VA 23005


Republic Services
2490 Charles City Rd.
Richmond, VA 23231


Richmond Blueprint & Supply
7801 W. Broad St.
#20
Richmond, VA 23294


Richmond Ford Lincoln
4600 W. Broad Street
Richmond, VA 23230


Rick Hendrick Chevy Buick GMC
12050 W. Broad St.
Richmond, VA 23233


Riverside Brick & Supply Co.
P.O. Box 24096
Richmond, VA 23224


Roll-Off Dumpster Direct
150 E. Swedesford Rd.
Suite 203
Wayne, PA 19087


Rush Truck Leasing
1345 Mountain Road
Glen Allen, VA 23060


S.B. Cox
901 Potomac St.
Richmond, VA 23231


Sam's Club/Synchrony Bank
P.O. Box 530981
Atlanta, GA 30353

Seredni Tire & Auto Center
5606 W. Broad St.
Richmond, VA 23230


Shell Fleet Plus/Wright Express
P.O. Box 162
2501 AN The Hague
The Netherlands


Siewers Lumber & Millwork
1901 Ellen Rd.
Richmond, VA 23230


Simpco Painting, LLC
8536 Sanford Dr.
Henrico, VA 23228


Smash My Trash
17437 Carey Rd.
Suite 164
Westfield, IN 46074


Sonitrol of Greater Richmond
2540 Gaskins Road
Henrico, VA 23238


Spectrum Paint
4307 @. Broad St.
Richmond, VA 23230


Staples Business Credit
P.O. Box 415256
Boston, MA 02241


Star Filing Products, Inc.
4719 Fulton Industrial Blvd. SW
Atlanta, GA 30336


Steiner B. Moore Corporation
809A Professional Pl. W
Chesapeake, VA 23320


Strong Hold Products, Inc.
6333 Strawberry Lane
Louisville, KY 40214

STS Filing Products, Inc.
1100 Chandler St.
Montgomery, AL 36104


Sun Life Assurance Company
One Sun Life Executive Park
96 Worcester St.
Wellesley Hills, MA 02481


Superior Distribution
5801 School Ave.
Henrico, VA 23228


Tarkett
P.O. Box 100756
Atlanta, GA 30384


Tate's Plumbing
10517 Reams Rd.
Richmond, VA 23236


Taylor's Auto Service
3903 Hull Street Rd.
Richmond, VA 23224


Thalhimer, Inc.
P. O. Box 5160
Glen Allen, VA 23058


The Fairbanks Company
200 Holmes Ave. NW
Rome, GA 30165


The Gallery Collection
65 Challenger Rd.
Ridgefield Park, NJ 07660


The Sherwin Williams Co.
101 W. Prospect Ave.
Cleveland, OH 44115


The Supply Room Companies
P.O. Box 6887
Richmond, VA 23230

Thoroughbred Technologies, Inc.
3 Commercial Pl.
Norfolk, VA 23510


Total Quality Logistics
300 Arboretum Pl.
Suite 600
Richmond, VA 23236


Toyota Industsries Commercial Fin.
8951 Cypress Waters Blvd.
Suite 300
Coppell, TX 75019


TQL Logistics
300 Arboretum Place
Suite 600
Richmond, VA 23236


Tryon Trucking
P.O. Box 68
Fairless Hills, PA 19030


U.S. Bank Business
800 Nicollet Mall
Minneapolis, MN 55402


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


Unifirst Corporation
68 Jonspin Rd.
Wilmington, MA 01887


United Rentals, Inc.
100 1st Stamford Place
Suite 700
Stamford, CT 06902


Universal Premium MC
Fleetcor Funding
P.O. Box 70995
Charlotte, NC 28272

UPS
55 Glenlake Pkwy NE
Atlanta, GA 30328


VA Dept. of Motor Vehicles
P.O. Box 27412
Richmond, VA 23269


VA Dept. of Taxation
P.O. Box 26627
Richmond, VA 23261


VA Dept. of Taxation
P.O. Box 27264
Richmond, VA 23261


VA Dept. of Taxation
P.O. Box 1500
Richmond, VA 23218


VA Umemployment Commission
P.O. Box 26441
Richmond, VA 23261


Verizon
1095 Avenue of the Americas
New York, NY 10036


Verizon Wireless
2617 Stuart Ave.
Richmond, VA 23220


Victory Packaging Cavalier Dist.
3524A Bus Center Dr.
Chesapeake, VA 23323


Virtual Doxx Corporation
4819 Emperor Blvd.
Suite 400
Durham, NC 27703


Waldemar Marti - Cruz
173 Thrush Street
Prince George, VA 23875

Walter Flinn
2310 Libbie Ave.
Richmond, VA 23230


WB Waster Solutions Richmond
2910 Deepwater Terminal Rd.
Richmond, VA 23234


Weldment Dynamics LLC
112 Midpoint Dr.
A3
Mineral, VA 23117


Wells Fargo Bank, N.A.
P.O. Box 536205
Atlanta, GA 30353


Wells Fargo Financial Leasing
P.O. Box 6995
Portland, OR 97228


White Cap, L.P.
2405 Hermitage Rd.
Richmond, VA 23220


William Ray Miller, II
14054 Wiley Circle
Midlothian, VA 23114


Wolf Gordon, Inc.
333 7th Ave.
New York, NY 10001


Wolters Kluwer
License Logix, LLC
140 Grand St.
Suite 300
White Plains, NY 10601


Wurth Wood Group
1701 Rhoadmiller St.
Richmond, VA 23220

Xtra Lease, LLC
1800 Water Place
Suite 200
Atlanta, GA 30339

## United States Bankruptcy Court
### Eastern District of Virginia

In re    **Office Interiors of Virginia, Inc.**                              Case No. _____
                                    Debtor(s)                Chapter      **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **OI System Holdings, LLC**<br>**5401 Lewis Road**<br>**Suite A**<br>**Sandston, VA 23150** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **April 16, 2023**                              Signature  **/s/ Othniel Glenwood Jordan**
                                                                **Othniel Glenwood Jordan**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Office Interiors of Virginia, Inc.** _____     Case No. _____

Debtor(s)                         Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Office Interiors of Virginia, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**OI System Holdings, LLC**
**5401 Lewis Road**
**Suite A**
**Sandston, VA 23150**

☐ None [*Check if applicable*]

**April 16, 2023** _____          **/s/ Brittany B. Falabella** _____

Date                                **Brittany B. Falabella**

                                 Signature of Attorney or Litigant
                                 Counsel for   **Office Interiors of Virginia, Inc.**
                                 **Hirschler Fleischer, P.C.**
                                 **2100 East Cary Street**
                                 **Richmond, VA 23223**
                                 **804-771-9500 Fax:804-644-0957**
                                 **bfalabella@hirschlerlaw.com**